UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FLORES, et al., <br> Plaintiffs, <br> v. <br> FCA US LLC; et al. <br> Defendants. | Case No.: 19-CV-1817 W (MSB) <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** |

The parties have filed a joint stipulation for dismissal with prejudice [Doc. 9], in which they request an order dismissing the case. Good cause appearing, the Court **ORDERS** this matter **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: January 6, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

1

19-CV-1817 W (MSB)